IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **D.H.C.**, <br><br> *Plaintiff*, <br><br> v. <br><br> **Comm'r of SOCIAL SECURITY**, <br><br> *Defendant*. | **CIVIL ACTION NO.** <br> **5:18-cv-00141-TES-CHW** |

**ORDER GRANTING PLAINTIFF'S
UNOPPOSED MOTION FOR ATTORNEY'S FEES**

Before the Court is Plaintiff's Motion for an Award of Attorney's Fees [Doc. 33] pursuant to 42 U.S.C. § 406(b). The Commissioner of Social Security has issued a Notice of Award showing that 25% of past-due benefits total $40,967.50. [Doc. 33-2, p. 3]. Based on the time expended by counsel in federal court, the Court finds that a 25% fee agreement between Plaintiff and Plaintiff's counsel is reasonable. *Gisbrecht v. Barnhart*, 535 U.S. 789 (2002); *see generally* [Doc. 33-4].

Given that the Commissioner has filed no objection to counsel's request for fees and because the Court has determined that the requested amount is reasonable, the Court **GRANTS** Plaintiff's Motion for an Award of Attorney's Fees [Doc. 33] in the

amount of $32,984.98, which is 25% of Plaintiff's past-due benefits less the $7,982.52 previously awarded.

    **SO ORDERED**, this 22nd day of February, 2021.

                                      S/ Tilman E. Self, III
                                      **TILMAN E. SELF, III, JUDGE**
                                      **UNITED STATES DISTRICT COURTS**